FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>APPROXIMATELY 45 FIREARMS FROM VARIOUS MANUFACTURERS, MAKES, MODELS, AND ASSORTED CALIBERS,<br>    Defendant. | No. 4:17-CV-05106-SAB<br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court is the parties' Stipulated Motion for Forfeiture of Property, ECF No. 60. On July 21, 2017, the United States filed a verified complaint seeking forfeiture of approximately 45 firearms of assorted makes, models, and calibers on grounds that the firearms are forfeitable pursuant to 18 U.S.C. § 924(d) for violations of 18 U.S.C. § 922(a)(1)(A), Dealing in Firearms Without a License. ECF No. 1. On December 4, 2017, William F. Walker filed a claim to the firearms. ECF No. 9.

On February 19, 2020, Claimant William F. Walker executed a plea agreement in the related criminal case, <u>United States v. William Frank Walker</u>, 4:19-CR-06012-SAB, in which he agreed to plead guilty to one count of Dealing in Firearms Without a License, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D). On July 22, 2020, Claimant William F. Walker was sentenced to 5-

**FINAL ORDER OF FORFEITURE** *1

years probation for the offense. The plea agreement and sentencing did not resolve the forfeiture of the firearms identified in this civil forfeiture action.

On December 13, 2022, the parties filed a stipulated motion for final order of forfeiture resolving their dispute in this action. The Court concludes that good cause exists to enter the stipulated Order.

Accordingly, it is **HEREBY ORDERED**:

1. The parties' Stipulated Motion for Forfeiture of Property, ECF No. 60, is **GRANTED**.

2. The following firearms are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) for violations of 18 U.S.C. § 922(a)(1)(A), Dealing in Firearms Without a License:

    a.    Colt 1911A1 Pistol CAL: Unknown SN:922161
    b.    Colt 1911A1 Pistol CAL:45 SN:1612557
    c.    Colt 1911 Pistol CAL:45 SN:704031
    d.    Colt 1911 Pistol CAL:45 SN: None
    e.    Colt 1911 Pistol CAL:45 SN:966516
    f.    Colt 1911A1 Pistol CAL: Unknown SN:829832
    g.    Colt 1911 Pistol CAL:45 SN:98916
    h.    Colt 1911A1 Pistol CAL: Unknown SN:732432
    i.    Colt 1911 Pistol CAL:45 SN: NONE
    j.    Colt 1911 Pistol CAL:45 SN:258315
    k.    Colt 1911 Pistol CAL:45 SN:110968

3. The forfeited assets shall be disposed of in accordance with law.

4. The following firearms and other personal property shall be released by the United States to an individual(s) holding a Federal Firearms License or a non-prohibited third-party in such manner as is in accordance with applicable law, regulations, and administrative policies:

**FINAL ORDER OF FORFEITURE** *2

| | | |
|---|---|---|
| 1 | a. | Essex Arms Company 1911 Receiver/Frame CAL: Unknown SN:78731 |
| 2 | | |
| 3 | b. | Colt AR-15A2 Sporter II Rifle CAL:223 SN:302800 |
| 4 | c. | Colt Government Carbine Rifle CAL:223 SN:LGC027261 |
| 5 | | |
| 6 | d. | Winchester 94 Centennial Rifle CAL:30-30 SN:5036 |
| 7 | e. | Colt Commander Pistol CAL:45 SN:FL16559E |
| 8 | f. | Colt 1911 Pistol CAL:45 SN:66686 |
| 9 | g. | Colt 1911A1 Pistol CAL:45 SN:717600 |
| 10 | h. | Colt Ace Pistol CAL:22 SN:2700 |
| 11 | i. | Colt Government Pistol CAL:45 SN:W105675 |
| 12 | j. | Colt 1911 Pistol CAL:45 SN:707013 |
| 13 | k. | Colt 1911 Pistol CAL:45 SN:335665 |
| 14 | l. | Colt Unknown Receiver CAL: Unknown SN:2260705 |
| 15 | m. | Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:K97368Z |
| 16 | n. | Colt 1911A1 Pistol CAL: Unknown SN:2337762 |
| 17 | o. | FNH USA LLC 1911 Commemorative Pistol CAL:45 SN:76C82371 |
| 18 | | |
| 19 | p. | Colt Government Pistol CAL:45 SN:301947-C |
| 20 | q. | Colt 1911 Pistol CAL:45 SN:710000A |
| 21 | r. | Remington Arms Company, Inc. 1911 Pistol CAL:45 SN:1598111 |
| 22 | | |
| 23 | s. | Colt Government Pistol CAL: Unknown SN:W104480 |
| 24 | t. | Colt Unknown Receiver CAL: Unknown SN:CJ31527 |
| 25 | u. | Colt Unknown type Revolver CAL:45 SN:21342 |
| 26 | v. | Colt Unknown Receiver CAL: Unknown SN:608074 |
| 27 | w. | Colt Unknown Receiver CAL: Unknown SN:63444 |
| 28 | x. | Colt 1911A1 Pistol CAL: Unknown SN:748755 |

**FINAL ORDER OF FORFEITURE** *3

|   |   |   |
|---|---|---|
| 1 | y. | Colt Unknown Receiver CAL: Unknown SN:125947 |
| 2 | z. | Colt Unknown Receiver CAL: Unknown SN:866362 |
| 3 | aa. | Smith & Wesson 29 Revolver CAL:44 SN:AVC2257 |
| 4 | bb. | Colt Unknown Receiver CAL: Unknown SN:1572351 |
| 5-6 | cc. | Remington Arms Company, Inc. 1911 Pistol CAL:45 SN:2439694 |
| 7 | dd. | Colt Government Pistol CAL:45 SN:C 48215 |
| 8 | ee. | Unknown Unknown Pistol CAL: Unknown SN:429940 |
| 9 | ff. | Colt 1911A1 Pistol CAL: Unknown SN:717778 |
| 10 | gg. | Colt 1911 Pistol CAL:45 SN:X2709 |
| 11 | hh. | Colt 1911 Pistol CAL:45 SN:66811 |
| 12-13 | ii. | All firearm parts and accessories seized from Claimant currently held by the United States. |

5. Each party shall bear its own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 13th day of December 2022.

Stanley A. Bastian
Chief United States District Judge

**FINAL ORDER OF FORFEITURE** *4